SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX: 713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

December 08, 2014

*Retrieval fee paid*

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JAN 26 2015

CHRISTOPHER A. PRINE
CLERK

James E. Wooldridge
Chase Tower
600 South Tyler Street, Ste 1704
LB 12051
Amarillo, TX 79101

RE:     Court of Appeals Number: 01-07-00681-CR, 01-07-00682-CR
        Trial Court Case Number: 1110302, 1110303

Style:  David Ashire v. The State of Texas

This is to acknowledge your communication received December 5, 2014, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1. The record you have requested is currently stored at an off-site storage location. A twenty-five ($25.00) dollar non-refundable fee is required in order to retrieve this file and process your request. Pre-payment of this fee will be required prior to any action being taken in response to your request. Please make all checks or money orders payable to Clerk of the Court. Actual fee associated with copies are outlined in the section below.

2. This Court does not provide copies of any documents without prepayment of costs. The fees associated with obtaining copies of court records are as follows: ten cents ($0.10) per page for the first 50 pages, and 50 cents ($0.50) per page thereafter. Please mark clearly on the enclosed docket sheet all documents being requested. The quote that will be provided to you upon return of this docket sheet will include the total fees associated with your copy request, and also includes a fee (if applicable) for any required postage.

Very truly yours,

/s/ Christopher A. Prine

Christopher A. Prine
Clerk of the Court

ACCEPTED

FIRST COURT OF APPEALS
HOUSTON. TEXAS
12/5/2014 4:03:41 PM
CHRISTOPHER PRINI
CLERK

# JAMES E. WOOLDRIDGE
## ATTORNEY & COUNSELOR AT LAW

CHASE TOWER
600 SOUTH TYLER STREET, SUITE 1704
LB 12051
AMARILLO, TEXAS 79101

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/5/2014
CHRISTOPHER A. PRINE
Clerk

TEL. 806 418 8575
FAX 806 418 8576
je.wooldridge@att.net



**The College**
*of the*
**STATE BAR OF TEXAS**
*Professionalism Through Education*

MEMBER of the College of the State Bar of Texas

4 DECEMBER 2014

**CHRISTOPHER A. PRINE**
**Clerk of the Court**
**First Court of Appeals**
**301 Fannin Street**
**Houston, Texas 77002-2066**

RE: **DAVID ASHIRE v. STATE OF TEXAS, Cause Nos. 01-07-00681-CR &**
**01-07-00682-CR In The Court of Appeals, First District of Texas at**
**Houston.**

Dear Mr. Prine,

Please accept this as my request to provide digital copy of all records filed with your court in the above styled and referenced matters. When such is ready, please deliver invoice to:

Candy Patino
Senior Legal Assistant/Office Manager
LibertyBell Law Group
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
(818) 563-2355
(818) 450-0466 FAX
www.libertybelllaw.com

The preceding contact information should also serve as the point of delivery for the requested material.

Thank you for your attention to these matters.

SINCERELY,

/s/ James E. Wooldridge

JAMES E. WOOLDRIDGE



**LIBERTYBELL LAW GROUP**

245 E. Olive Ave., 4th Floor
Burbank, CA 91502

Court of Appeals
First District
301 Fannin Street
Houston, TX 77002-2066

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.48°
0001833985 JAN 20 2015
MAILED FROM ZIP CODE 91502

JAN 26 2015
CHRISTOPHER A. PRINE
CLERK

77002-2066